UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANA MORSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 09-113-B-W |
| | ) |
| STATE OF MAINE SUPERIOR/ | ) |
| SUPREME COURT, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 23, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint (Docket # 1) be and hereby is DISMISSED for lack of prosecution.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 14th day of May, 2009